■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD RESCIGNO, Appellant. [668 NYS2d 452] —Judgment, Supreme Court, New York County (Antonio Brandveen, J.), rendered March 11, 1996, convicting defendant, after a jury trial, of criminal possession of stolen property in the fourth degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years to be served under parole supervision pursuant to CPL 410.91, unanimously affirmed.

The verdict was not against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495). The jury had ample basis upon which to infer defendant's knowledge that the credit card

he claimed to have found was stolen, "with no need for a specific jury instruction that such an inference could be made based on defendant's recent and unexplained exclusive possession" of the stolen card (*People v Charles*, 196 AD2d 750, *lv denied* 82 NY2d 892). Likewise, the evidence amply supported an inference that defendant intended to benefit either himself or another, or to impede the owner's recovery of the card (*see*, Penal Law § 165.55 [1]). We see no reason to disturb the jury's credibility determinations. Concur—Rosenberger, J. P., Ellerin, Nardelli and Rubin, JJ.